**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
E-mail:   kjacobson@quillarrowlaw.com

Attorneys for Plaintiff,
**JOEL ACEVEDO AGUSTINIANO**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ACEVEDO AGUSTINIANO, an individual,<br><br>            Plaintiff,<br>   vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>            Defendants. | Case No.: 2:22-cv-04278<br><br>**NOTICE OF FILING OF ERRATA RE PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF FILING OF ERRATA

1  **TO THE HONORABLE COURT, ITS CLERK AND TO ALL PARTIES**
2  **AND THEIR ATTORNEYS OF RECORD:**

3  Plaintiff inadvertently filed PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE and [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE on the incorrect case. Plaintiff requests document entry number 5 be struck from the docket.

Dated:   June 22, 2022

**QUILL & ARROW, LLP**

_____
Kevin Y. Jacobson, Esq.
Attorney for Plaintiff,
**JOEL ACEVEDO AGUSTINIANO**

-1-
NOTICE OF FILING OF ERRATA